COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-15-00691-CV

Style:            Infinity Capital II, LLC, Infinity Capital, LLC, Laurie A. McRay and
                  McRay Money Management, LLC v. Strasburger & Price, LLP

Date motion filed:   September 15, 2015

Type of Motion:     Objection to Mediation

Party filing motion:   Appellee

It is **ordered** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated September 9, 2015.

Judge's signature: /s/ Terry Jennings
                   x Acting individually

Date:   September 16, 2015

---

\*       Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).